UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re Ryan K. Wolfson,<br><br>             Debtor | )<br>)<br>) Case No. 19-11618-LSS<br>) Chapter 7<br>) |
| Ryan K. Wolfson,<br><br>             Plaintiff<br><br>       v.<br><br>Betsey DeVos on behalf of the<br>Department of Education,<br>Navient Solutions, Inc.<br>PENNSYLVANIA HIGHER EDUCATION<br>ASSISTANCE AGENCY, d/b/a FEDLOAN<br>SERVICING and AMERICAN<br>EDUCATION SERVICES,<br><br>             Defendants. | )<br>)<br>)<br>)<br>) Adv. No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Complaint to Determine Dischargeability of Student Loans**

In the mid 2000's Ryan K. Wolfson, borrowed to obtain an undergraduate education while also working. He is unemployed, suffers from a debilitating chronic medical condition and will never generate enough income to pay his student loan debt. He seeks a discharge under 11 U.S.C. §523(a)(8). In support of his complaint he states the following:

1. Ryan K. Wolfson, is the debtor in District of Delaware Case No. 18-11618-LSS, filed on July 20, 2019. He is a natural person resident in Delaware.

2. Defendant Navient Solutions, Inc. (formerly known as Sallie Mae, Inc.) is a Delaware corporation that may be served with process through its resident agent Corporation Service Company, 2711 Centerville Road, Wilmington, Delaware 19808 and upon Madame Secrtary Betsey De Vos, Department of Education.

3. Defendant Pennsylvania Higher Education Assistance agency d/b/a Fedloan Servicing and American Servicing Company is a Pennsylvania corporation that may be served with process at its corporate address at 1200 North Seventh Street, Harrisburg, Pennsylvania 17102-1440

    4.    Venue is appropriate pursuant to 11 U.S.C. §1409(a).

    5.    The Court has jurisdiction pursuant to 11 U.S.C. §1334(b).

6.    This is a core proceeding pursuant to 11 U.S.C. §157(b)(2)(I).

## RELIEF SOUGHT

7. The debtor seeks relief under 11 U.S.C. 523(a)(8)(b) which states:

>  (a) A discharge under section 727, 1141, 1228 (a), 1228 (b), or 1328 (b) of this title does not discharge an individual debtor from any debt—
> (8) unless excepting such debt from discharge under this paragraph would impose an undue hardship on the debtor and the debtor's dependents, for—
> (B) any other educational loan that is a qualified education loan, as defined in section 221(d)(1) of the Internal Revenue Code of 1986, incurred by a debtor who is an individual;

8. The continued payment of the Debtor's student loans imposes an undue hardship on the Debtor.

## THE STANDARD

9. The 3rd Circuit Court of Appeals has adopted the "Brunner Test" to determine if undue hardship exists. Pa. Higher Educ. Assistance Agency v. Faish, 72 F.3d 298, 306 (3rd. Cir. 1995) (adopting Brunner Test) see Brunner v. New York State Higher Educ. Serv.. 831 F.2d 395, 397 (2d Cir. 1987).

10. The Brunner Test requires a debtor seeking discharge of a student loan to establish three elements: (I) the debtor cannot maintain, based on current income and expenses, a minimal standard of living for herself and her dependent if forced to repay the loans; (2) additional circumstances exist

indicating that this state of affairs is likely to persist for a significant portion of the repayment period of the student loans; and (3) the debtor has made good faith efforts to repay the loans.

11. The Debtor cannot maintain, based on current income and expenses, a minimal standard of living for himself if forced to repay these loans. After considering basic monthly living expenses, Debtor has a significant monthly deficit that is unlikely to change, will have increasing expenses and is unlikely to obtain meaningful employment due to his medical condition.

12. Additional circumstances exist indicating that this state of affairs is likely to persist for a significant portion of the repayment period of the student loans. Debtor does not have sufficient income to make the minimum student loan payments and to maintain a minimal standard of living. Moreover, due to the total large principal loan balances overall with interest, it is unlikely that he will ever be able to payoff all his the loan balances in full.

Mr. Wolfson owes the following student loans:

    a.    Department of Education/Navient
          Account No. 949408947
          Total Loan Balance..................................................................$22,135.74

    b.    Pennsylvania Higher Education Assistance (PHEAA)/AES
          Account No. 7589745014
          Total Loan Balance..................................................................$38,191.79

    c.    Department of Education
          Account No. 1017311908
          Total Loan Balance..................................................................$44,282.36

Total: $104,609.89

He seeks discharge of the loans listed above in subparagraphs 12.a through 12.c. Totaling $104,609.89

13. Mr. Wolfson cannot maintain a minimal standard of living while repaying the student

loan debt.

14.  Mr. Wolfson is a single and unemployed. His last employment consisted of being a driver for Uber, GrubHub and DoorDash.

15.  Mr. Wolfson's Schedules I and J, as filed with his petition in bankruptcy, are attached hereto as Exhibits A and B, respectively. The expenses included in Schedule J are Mr. Wolfson's best estimates of his expenses. At counsel's suggestion, he is conducting a review of his actual expenses over the last twelve months, and will amend Schedule J if the actual expenses materially differ from his estimates.

16.  The schedules reflect that there is no room in his budget to make significant payments on his student loans.

17.  Additional circumstances exist indicating that Mr. Wolfson's inability to pay the loans is likely to persist for a significant portion of the repayment period of the student loans. These circumstances include, but are not limited to, the following: Mr. Wolfson has been diagnosed with epilepsy and suffers from gran mal seizures on a regular basis so he will never be able to enter the workforce in a meaningful manner. He also has a Delaware medical marijuana card which is used to abate the epilepsy symptoms however this also restricts him from employment with any employer that requires drug testing.

18.  Any non-bankruptcy cancellation of indebtedness of these loans will expose Mr. Wolfson to substantial income tax liability.

19.  Due to his sporadic employment, Mr. Wolfson has not been able to make any meaningful payments on his student loan balances.

In conclusion, Mr. Wolfson an unemployed and unemployable person whose income is unlikely to materially increase over time, and whose expenses are unlikely to materially increase at least for the next 25 years. Wherefore, Mr. Wolfson seeks discharge of the student loans listed above in subparagraphs 11.a through 11.c pursuant to 11 U.S.C. §523(a)(8) and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/S/    Timothy J. Weiler
Timothy J. Weiler, Esquire
DE Bar No. 002363
716 North Tatnall Street
Wilmington, Delaware 19801-1716
302-658-6900
302-510-6125 (FAX)
timweiler@timweilerlaw.com
Attorney for Debtor

Date: October 23, 2019

# EXHIBIT A

**Fill in this information to identify your case:**

Debtor 1: Ryan K. Wolfson
  First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Delaware

Case number: 19-11618
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Driver | |
| Employer's name | Uber/Lyft/Grubhub | |
| Employer's address | 804 North Van Buren Street<br>Number  Street<br><br>, 19806-4637<br>City   State   ZIP Code | Number   Street<br><br>City   State   ZIP Code |
| How long employed there? | 1 year | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $_____ |
| 3. | Estimate and list monthly overtime pay. | + $ 0.00 | + $_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $ 0.00 | $_____ |

Official Form 106I    Schedule I: Your Income    page 1

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here | $ 0.00 | $ _____ |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | $ 0.00 | $ _____ |
| 5b. Mandatory contributions for retirement plans | $ 0.00 | $ _____ |
| 5c. Voluntary contributions for retirement plans | $ 0.00 | $ _____ |
| 5d. Required repayments of retirement fund loans | $ 0.00 | $ _____ |
| 5e. Insurance | $ 0.00 | $ _____ |
| 5f. Domestic support obligations | $ 0.00 | $ _____ |
| 5g. Union dues | $ 0.00 | $ _____ |
| 5h. Other deductions. Specify: _____ | + $ _____ | + $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | $ 0.00 | $ _____ |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | $ 0.00 | $ _____ |

8. List all other income regularly received:

| | | |
|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | $ 1,137.39 | $ _____ |
| 8b. Interest and dividends | $ 0.00 | $ _____ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | $ 0.00 | $ _____ |
| 8d. Unemployment compensation | $ 0.00 | $ _____ |
| 8e. Social Security | $ 0.00 | $ _____ |
| 8f. Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | $ 0.00 | $ _____ |
| 8g. Pension or retirement income | $ 0.00 | $ _____ |
| 8h. Other monthly income. Specify: _____ | + $ 0.00 | + $ _____ |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | $ 1,137.39 | $ _____ |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $ 1,137.39 + $ _____ | = $ 1,137.39 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: Assistance from Father _____  11. + $ 1,335.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12. $ 2,472.39
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☑ No.
☐ Yes. Explain:

# EXHIBIT B

**Fill in this information to identify your case:**

Debtor 1: Ryan K. Wolfson
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): 19-11618

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
  _____ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☑ No. Go to line 2.
   - ☐ Yes. Does Debtor 2 live in a separate household?
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**  ☑ No
   Do not list Debtor 1 and Debtor 2.
   ☐ Yes. Fill out this information for each dependent..........
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☑ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 725.00

   If not included in line 4:
   
   4a. Real estate taxes                                              4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance                   4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses                  4c. $ 0.00
   4d. Homeowner's association or condominium dues                    4d. $ 0.00

Official Form 106J                   Schedule J: Your Expenses                   page 1

Debtor 1   Ryan K. Wolfson
           First Name   Middle Name   Last Name

Case number (if known) 19-11618

| | | Your expenses |
|---|---|---:|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |
| 6. Utilities: | | |
| 6a. Electricity, heat, natural gas | 6a. $ | 100.00 |
| 6b. Water, sewer, garbage collection | 6b. $ | 0.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 140.00 |
| 6d. Other. Specify: _____ | 6d. $ | 0.00 |
| 7. Food and housekeeping supplies | 7. $ | 400.00 |
| 8. Childcare and children's education costs | 8. $ | 0.00 |
| 9. Clothing, laundry, and dry cleaning | 9. $ | 85.00 |
| 10. Personal care products and services | 10. $ | 25.00 |
| 11. Medical and dental expenses | 11. $ | 410.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 300.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ | 10.00 |
| 14. Charitable contributions and religious donations | 14. $ | 0.00 |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. $ | 0.00 |
| 15b. Health insurance | 15b. $ | 0.00 |
| 15c. Vehicle insurance | 15c. $ | 280.00 |
| 15d. Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ | 0.00 |
| 17. Installment or lease payments: | | |
| 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| 17c. Other. Specify: _____ | 17c. $ | 0.00 |
| 17d. Other. Specify: _____ | 17d. $ | 0.00 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. $ | 0.00 |
| 19. Other payments you make to support others who do not live with you. Specify: _____ | 19. $ | 0.00 |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| 20a. Mortgages on other property | 20a. $ | 0.00 |
| 20b. Real estate taxes | 20b. $ | 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |

Official Form 106J        Schedule J: Your Expenses        page 2

Debtor 1   Ryan K. Wolfson    Case number (if known) 19-11618
           First Name  Middle Name  Last Name

21. Other. Specify: _____    21. +$ _____ 0.00
    _____        +$ _____
    _____        +$ _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a. $ _____ 2,475.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b. $ _____
    and 22b. The result is your monthly expenses.    22c. $ _____ 2,475.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $ _____ 2,472.39

    23b. Copy your monthly expenses from line 22c above.    23b. −$ _____ 2,475.00

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.    23c. $ _____ -2.61

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.   Explain here:

Official Form 106J    Schedule J: Your Expenses    page 3